# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of KARAM SALAH AL DIN AWNI AL SADEQ for an Order Under 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings | ) ) Case No.: 1:20-MC-00275-JPO ) ) **NOTICE OF APPEARANCE** ) |

TO THE CLERK OF THE THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Brian Raphel enters an appearance as counsel of record on behalf of Dechert LLP in the above captioned action, certifies that he is admitted to practice before this Court and requests that copies of all papers in this action be served upon him at the address set forth below.

Dated: New York, New York
September 22, 2020

DECHERT LLP

By: /s/ Brian Raphel

Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036-6797
brian.raphel@dechert.com
Tel:   (212) 698-3692
Fax:   (212) 698-3599

*Attorney for Dechert LLP*