UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KARAM SALAH AL DIN AWNI AL SADEQ,

        Applicant,

-v-

DECHERT LLP,

        Movant.

1:20-MC-275 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

The parties are instructed to submit a joint status letter concerning the suit that Applicant filed in the United Kingdom in January 2020. The status letter should describe all pertinent developments and rulings including, but not limited to, those stemming from the case management conference previously scheduled for December 7, 2020. The parties shall submit this letter on or before July 21, 2021.

    SO ORDERED.

Dated: July 7, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge