UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of KARAM SALAH AL DIN AWNI AL SADEQ for an Order Under 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings | 1:20-MC-275 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

In light of the parties' agreement that, while the English litigation proceeds, any finding by this Court would be premature (Dkt. No. 22), the parties are instructed to submit another joint status report on or before December 8, 2021. The status letter should describe all pertinent developments and rulings stemming from the Privilege Hearing scheduled for November 15-16, 2021. Should the Privilege Hearing be delayed or rescheduled, the parties should file a letter with the Court to give notice and provide the new schedule.

SO ORDERED.

Dated: July 28, 2021
New York, New York

_____
J. PAUL OETKEN
United States District Judge